UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONAL MOORE

VERSUS

LOUISIANA GENERATING, LLC,
ET AL

CIVIL ACTION

NO. 09-789-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 19, 2009.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec. doc. 6) filed by plaintiff, Donald Moore, is denied.

Baton Rouge, Louisiana, February  //  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA